UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED'06 DEC 13 09:57USDC-ORP

| | |
|---|---|
| **SnapNames.com**, an Oregon Corporation, **Mr. Sanjay Agarwal**, an individual, and **Mrs. Nalini Agarwal**, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security of the United States; **Eduardo Agguire**, Director, United States Citizenship and Immigration Services; **Gregory Christian**, Nebraska Service Center Acting Director, United States Citizenship and Immigration Services,<br><br>　　　　　　Defendants. | Case No.  CV 06-65-MO<br><br>**JUDGMENT** |

_____

By Opinion and Order filed November 30, 2006, (Docket No. 40), this court held that Defendants' decision to deny Plaintiffs' I-140 immigrant visa "skilled worker" petition under INA § 203(b)(3)(A)(i) on the grounds that plaintiff Agarwal did not have a foreign equivalent in computer science or accounting was arbitrary, capricious, and an abuse of discretion.  Further, in the oral argument dated November 3, 2006, this court found in favor of SnapNames on the ability-to-pay issue, GRANTING its motion for summary judgment and DENYING

defendants' motion to dismiss as to this issue. Consequently,

IT IS ORDERED and ADJUDGED that: (1) Defendants' decision to deny Plaintiffs' 1-140 immigrant Visa "skilled worker" petition on the grounds that plaintiff Agarwal did not have a foreign equivalent in computer science or accounting is vacated; (2) Defendant CIS is ordered to approve Plaintiffs' I-140 immigrant visa "skilled worker" petition on behalf of Agarwal; (3) Defendant CIS is ordered to process Mr. Sanjay Agarwal's I-485 Application for Adjustment of Status, which was denied previously due to CIS's denial of the I-140 petition filed for Mr. Agarwal by Snapname.com; and (4) Defendant CIS is ordered to process Mrs. Nalini Agarwal's I-485 Application for Adjustment of Status, which was denied previously due to CIS's denial of the I-140 petition filed for Mr. Agarwal by Snapname.com.

Dated this 12th day of December, 2006;

MICHAEL W. MOSMAN
United States District Court